**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BRUCE LEVINE,                             )
individually and on behalf of the          )
class members described below,             )
                                           )
          Plaintiff,              )
                                           )
     v.                           )
                                           )
RECEIVABLES MANAGEMENT                     )
SOLUTIONS, INC. and  NCO                   )
PORTFOLIO MANAGEMENT INC.,                 )
                                           )
          Defendants.             )

```
FILED: JUNE 13, 2008
08CV3415
JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN
EDA
```

JURY DEMANDED

## COMPLAINT  – CLASS ACTION

### INTRODUCTION

1.      Plaintiff Bruce Levine brings this action to secure redress against unlawful credit and collection practices engaged in by defendants Receivables Management Solutions, Inc. and NCO Portfolio Management Inc.. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15  U.S.C. §1692 et seq. ("FDCPA").   The FDCPA broadly prohibits unfair or unconscionable collection methods;   conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information.   15   U.S.C. §§1692d, 1692e, 1692f and 1692g. Plaintiff also alleges violation of Illinois law.

2.       Defendants assess and demand payment of interest on judgments at  a  rate in excess of the 9% allowed by 735 ILCS 5/2-1303. The 9% is simple interest.  Lewis v. Stran-Steel Corp., 58 Ill. App. 3d 280; 373 N.E.2d 714 (1st Dist. 1978).

### JURISDICTION AND VENUE

3.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337  and 15 U.S.C. §1692k (FDCPA).

4.      Venue and personal jurisdiction over defendants in this District is proper

because defendants' collection communications were received here.

## PARTIES

5.     Plaintiff Bruce Levine is an individual who resides in the Northern District of Illinois.

6.     Defendant NCO Portfolio Management Inc. is a Delaware corporation with its principal place of business in Pennsylvania.

7.     Defendant NCO Portfolio Management Inc. does business in Illinois.  Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

8.     Defendant NCO Portfolio Management Inc. is engaged in the business of purchasing charged-off debts allegedly owed by consumers to others and attempting to collect the debts.  Defendant obtains the debts for a few cents on the dollar (on information and belief, less than 10).

9.     Defendant NCO Portfolio Management Inc. is a "debt collector" as defined in the FDCPA.

10.     Defendant Receivables Management Solutions, Inc. is a Minnesota corporation that does business in Illinois.  Its registered agent and office is Illinois Corporation Service Co., 801 Adlai Stevenson Drive, Springfield, IL 62703.

11.     Defendant Receivables Management Solutions, Inc. is engaged in the business of a collection agency.

12.     Defendant Receivables Management Solutions, Inc. is a "debt collector" as defined in the FDCPA.

13.     All actions of  Receivables Management Solutions, Inc. referred to herein were taken as authorized agent of NCO Portfolio Management Inc.

## FACTS

14.     On November 5, 2004, a action was filed by NCO Portfolio Management,

2

Inc. against Bruce Levine in DuPage County Circuit Court, case 2004 AR 3781.

15.    On December 15, 2004, judgment was entered in the amount of $13,856.43 and $247 costs. See Exhibit A.

16.    The debt was a credit card debt incurred primarily for personal, family or household purposes and not for business purposes.

17.    A copy of the complaint and attachments in 2004 AR 3781 are in Exhibit B. The second page of Exhibit B contains an account number, 5424180040425172.

18.    On October 2, 2007, defendant Receivables Management Solutions, Inc., acting on behalf of defendant NCO Portfolio Management Inc., sent plaintiff the collection letter attached as Exhibit C.

19.    On information and belief, Exhibit C is a standard form letter, filled out in a standardized manner.

20.    Exhibit C contains the same account number, 5424180040425172.

21.    Exhibit C represents that the "total due" as of October 2, 2007 is $21,045.73.

22.    The amount due on the judgment on October 2, 2007 was not $21,045.73.

23.    The amount of the judgment and costs and simple interest on the judgment from December 15, 2004 through October 2, 2007 is substantially less than $21,045.73. (The interest on the judgment at 9% simple interest is about $1,247.08 per year.)

24.    Exhibit C then offers to "settle" the inflated balance.

25.    The settlement offered is less attractive if the real balance owed is known.

26.    On January 10, 2008, defendant Receivables Management Solutions, Inc., acting on behalf of defendant NCO Portfolio Management Inc., sent plaintiff the collection letter attached as Exhibit D.

27.    On information and belief, Exhibit D is a standard form letter, filled out in a standardized manner.

28.    Exhibit D contains the same account number, 5424180040425172.

29.    <u>Exhibit D</u> represents that the "total due" as of January 10, 2008 is $21,590.59.

30.    The total due on January 10, 2008 was not $21,590.59.

31.    The amount of the judgment and costs and simple interest on the judgment from December 15, 2004 through January 10, 2008 is substantially less than $21,590.59.

32.    <u>Exhibit D</u> then offers to "settle" the inflated balance.

33.    The settlement offered is less attractive if the real balance owed is known.

34.    NCO Portfolio Management, Inc. obtains numerous judgments from Illinois courts.

35.    NCO Portfolio Management, Inc. files about 1,000 cases per year in Cook County alone, and more in other counties.

36.    On information and belief, based on a computer search, NCO Portfolio Management, Inc. has obtained over 3,000 judgments from Illinois courts, of which over 1,000 were entered subsequent to June 1, 2005. A total of 250 judgments were vacated or satisfied. The remainder are on record as unpaid in whole or in part. NCO Portfolio Management, Inc. has up to 20 years to collect them.

37.    On information and belief, NCO Portfolio Management, Inc., and its agents use computers to calculate the amount due on debts.

38.    On information and belief, NCO Portfolio Management, Inc., and its agents compute interest on debts that have been reduced to judgment in a standardized manner, and that manner is represented by <u>Exhibits C and D</u>.

## CLASS ALLEGATIONS

39.    Plaintiff brings this action on behalf of two classes, A and B.

40.    Class A consists of (a) all natural persons (b) from whom defendant NCO Portfolio Management Inc., attempted to collect, directly or through an agent, (c) interest exceeding 9% simple interest (d) on an Illinois judgment.

41.     Class B consists of (a) all natural persons (b) from whom defendant Receivables Management Solutions, Inc.  attempted to collect, directly or through an agent, (c) interest exceeding 9% simple interest (d) on an Illinois judgment.

42.     For purposes of Count I (FDCPA), the class includes anyone who was the subject of the attempted collection of excess interest during a period beginning one year prior to the filing of this action and ending 20 days after the filing of this action.

43.     For purposes of Count II (Illinois Collection Agency Act), the class includes anyone who was the subject of the attempted collection of excess interest during a period beginning 5 years prior to the filing of this action and ending 20 days after the filing of this action.

44.     Each class is so numerous that joinder is impracticable.  On information and belief, there are more than 50 members of each class.

45.     There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether defendants attempt to collect in excess of 9% simple interest on Illinois judgments.

46.     Plaintiff's claim is typical of the claims of the class members.  All are based  on the same factual and legal theories.

47.     Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

48.     A class action is superior to other alternative methods of adjudicating this dispute.   Individual cases are not economically feasible.

## **COUNT I – FDCPA**

49.     Plaintiff incorporates paragraphs 1-48.

50.     Defendants' demand for an excessive amount, including unauthorized interest, violates the FDCPA as constituting a false representation or means in connection with the

collection of any debt (§1692e), a false representation of the "character" of any debt (§1692e(2)(A)), and use of any false representation to collect or attempt to collect any debt or to obtain information concerning a consumer (§1692e(10)). It also represents the collection of unauthorized interest in violation of §§1692f and 1692f(1).

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

    a.    Statutory damages;

    b.    Actual damages in favor of anyone who paid the excess interest;

    c.    Attorney's fees, litigation expenses and costs of suit;

    d.    Such other or further relief as the Court deems proper.

## COUNT II – ILLINOIS COLLECTION AGENCY ACT

51.    Plaintiff incorporates paragraphs 1-48.

52.    This claim is against Receivables Management Solutions, Inc.

53.    Defendant Receivables Management Solutions, Inc. is a "collection agency" as defined in the Illinois Collection Agency Act, 225 ILCS 425/1 et seq.

54.    Defendant violated the following provisions of 225 ILCS 425/9:

**. . . (20) Attempting or threatening to enforce a right or remedy with knowledge or reason to know that the right or remedy does not exist. . . .**

**(26) Misrepresenting the amount of the claim or debt alleged to be owed.**

**(27) Representing that an existing debt may be increased by the addition of attorney's fees, investigation fees or any other fees or charges when such fees or charges may not legally be added to the existing debt. . . .**

**(29) Collecting or attempting to collect any interest or other charge or fee in excess of the actual debt or claim unless such interest or other charge or fee is expressly authorized by the agreement creating the debt or claim unless expressly authorized by law or unless in a commercial transaction such interest or other charge or fee is expressly authorized in a subsequent agreement. . . .**

**(31) Engaging in dishonorable, unethical, or unprofessional conduct of a character likely to deceive, defraud, or harm the public.**

55.     A private right of action exists for violation of the ICAA.  <u>Sherman v.</u> <u>Field Clinic</u>, 74 Ill. App. 3d 21, 392 N.E.2d 154 (1st Dist. 1979).

WHEREFORE, plaintiff requests that the Court grant the following relief in favor of plaintiff and the class  and against defendant:

a.      Compensatory, nominal  and punitive damages;

b.      Costs.

c.      Such other and further relief as is appropriate.

s/ Daniel A. Edelman<br>
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

s/ Daniel A. Edelman<br>
Daniel A. Edelman

## NOTICE OF LIEN

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\21460\Pleading\Complaint_Pleading-0002.wpd

JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN
EDA

# EXHIBIT A



# Office of the Clerk of the Circuit Court
## DuPage County, Illinois



Search                          Quick Links        Home

## Case Summary Details

Case Details                                                                    ::

| | | | |
|---|---|---|---|
| Case Number | 2004AR003781 | Next Court Date | |
| File Date | 11-05-2004 | Next Court Location | |
| Case Title | NCO PORTFOLIO MANAGEMENT INC -VS- BRUCE LEVINE | Next Court Time | |
| Agency | Clerks Office | Assigned Location | |
| Legal Status | CLOSED | Balance Due Amount | N/A* This amount may not reflect payment made recently |

Make Payment

Counts

| Count Number | Count Description | Count Status | Complaint Number |
|---|---|---|---|
| 0001 | CONTRACT $5,000.01 - $15,000 | CLOSED | |

## List of Case Events

| File Date | Count Number | Activity Code | Description |
|---|---|---|---|
| 12-15-2004 | 0001 | 810 | DEFAULT JUDGMENT |

* If "Make Payment" button is disable then case can not be paid online.

If you have questions, or you are experiencing technical difficulties,
please Click here to send mail.
© Copyright 2004
Clerk of the 19th Judicial Circuit Court



## Office of the Clerk of the Circuit Court
## DuPage County, Illinois



Search                                   Quick Links        Home

**Case Summary Details**

Case Details                                                                              ::

| Case Number | 2004AR003781 | Next Court Date | |
| File Date | 11-05-2004 | Next Court Location | |
| Case Title | NCO PORTFOLIO MANAGEMENT INC -VS- BRUCE LEVINE | Next Court Time | |
| Agency | Clerks Office | Assigned Location | |
| Legal Status | CLOSED | Balance Due Amount | $0.00* |

Counts

| Count Number | Count Description | Count Status | Complaint Number |
|---|---|---|---|
| 0001 | CLOSED | CONTRACT $5,000.01 - $15,000 | |

Judgment Details                                                                          ::

| Judgment Amount | $13856.43 | Judgment Cost Amount | $247.00 |
| Judgment Attorney Cost Amount | $0.00 | Judgment Clerk Cost | Y |

If you have questions, or you are experiencing technical difficulties,
please Click here to send mail.
© Copyright 2004
Clerk of the 18th Judicial Circuit Court

# EXHIBIT B

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DUPAGE COUNTY, ILLINOIS

NCO PORTFOLIO MANAGEMENT, INC.  
      Plaintiff

vs.

BRUCE LEVINE

      Defendant

No.

2004AR003781

Return Date: Nov 05 2004

Assigned To: 2018

contract  
Amount claimed: $13,856.43  
Plus court costs

**FILED**  
Nov 05 2004 10:16 PM

*Bob Kagan*

CLERK OF THE  
18TH JUDICIAL CIRCUIT  
DU PAGE COUNTY ILLINOIS

### COMPLAINT

NOW COMES the Plaintiff, by and through its attorneys, Blitt and Gaines, P.C., and complaining of the Defendant(s), states as follows:

1.    The Defendant(s) entered into a credit card agreement with Plaintiff whereby Defendant(s) received a credit card and could charge goods and services to their account and receive cash advances.

2.    The Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due Plaintiff of $13,856.43.

3.    Due demand has been made on the Defendant(s) to pay this amount and the Defendant(s) have failed to do so.

    WHEREFORE,  Plaintiff prays for judgment against the Defendant(s) in the amount of $13,856.43 plus interest and court costs.

_____

Blitt and Gaines, P.C.  
Attorney for Plaintiff  
318 W. Adams Street  
Suite 1600  
Chicago, IL  60606  
(312) 920-0620  
32887  
89-CF-43  
    This is an attempt to collect a debt and any information will be used for that purpose.

NCO PORTFOLIO MANAGEMENT, INC.

        Plaintiff,

vs.

BRUCE LEVINE

        Defendant

5424180040425172

<u>AFFIDAVIT</u>

I, _____*Tellis*_____, being first duly sworn upon oath depose and state as follows:

1. That I am an agent for the Plaintiff herein and that I have custody and control of the files relating to this account;

2. That I have personal knowledge of all the facts and circumstances in connection with this case;

3. That said files are maintained in the usual and ordinary course of business;

4. That this action is based upon a theory of breach of contract and that the moneys sought are for damages alleged to have been incurred as a direct result of said breach;

5. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $13,856.43, plus interest, if applicable, at the contract rate of interest of 19.990 percent.

6. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this *13* day of *Aug*, 2004

_____
NOTARY PUBLIC

S. ROSENFELD
NOTARY PUBLIC
MONTGOMERY COUNTY, MD
M, Commission Expires
June 4, 2006

Blitt & Gaines, P.C.
Attorney for Plaintiff
318 W. Adams Street, Suite 1600
Chicago, IL 60606
(312) 920-0620
32887

04-01670-0

# STATEMENT OF ACCOUNT

## NCO PORTFOLIO MANAGEMENT, INC.

| | |
|---|---|
| Debtor's Name | BRUCE LEVINE |
| Account Number | 5424180040425172 |
| Original Creditor | **Citibank** |
| Principal Balance: | $9,227.94 |
| Interest Rate: | 19.990 % |
| **Balance Now Due** | $13,856.43 |

04-01670-0

08CV3415
JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN
EDA

# EXHIBIT C



260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525
RETURN SERVICE REQUESTED

**RMS**

**Receivables Management Solutions**

260 E. Wentworth Ave. • West St. Paul, MN 55118
(651) 457-1130 • Fax (651) 457-3827 • 1-800-299-8301

October 02, 2007

RMS Placement Date: 08/08/2007
RMS account #: 6351982
Total Due: $21045.73
Client: NCO PORTFOLIO MANAGEMENT
Original Creditor: NCOP-PURCHASER FROM CITIBA
Account #: 5424180040245172

1827 - 3183

BRUCE LEVINE

**Redacted**

|.|.||..||...|||.|.||...|.||.|.|||.||...|.|.||..||.||.|.|||

Dear BRUCE LEVINE:

NCO PORTFOLIO MANAGEMENT has purchased the above referenced account. They have placed your original creditor account, NCOP-PURCHASER FROM CITIBA, with this agency for collection.

NCO PORTFOLIO MANAGEMENT is offering a settlement of $10522.86 that can be made in three payments.

Once the first payment is applied to your account the second payment should be made within 30 days. The third payment should be made within 60 days from the date that the first payment applied.

This offer may expire without notice or be revoked at any time.

When the three payments of $3507.62 have been paid to our office on time, we will report to NCO PORTFOLIO MANAGEMENT that your above noted account is settled in full.

You may contact our office by calling toll free 1-800-299-8301.  Please refer to your RMS account #6351982. Our office hours are Monday through Thursday 7:00 AM to 9:00 PM, Friday 7:00 AM to 8:00 PM and Saturday 8:00 AM to 12:00 PM Central Standard Time.

Sincerely,

Receivables Management Solutions, Inc.

**This collection agency is licensed by the Minnesota Department of Commerce.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

---

Check By Phone    ACH DIRECT    WESTERN UNION QuickCollect    MoneyGram.    VISA    MasterCard    UNITED STATES POSTAL SERVICE

---

**\*\*\* Detach bottom portions and return with payments \*\*\***

| 1 | 2 | 3 |
|---|---|---|
| RMS account #6351982 | RMS account #6351982 | RMS account #6351982 |
| Mail Payment to: | Mail Payment to: | Mail Payment to: |
| RMS<br>260 E. Wentworth Ave.<br>W. St. Paul, MN 55118 | RMS<br>260 E. Wentworth Ave.<br>W. St. Paul, MN 55118 | RMS<br>260 E. Wentworth Ave.<br>W. St. Paul, MN 55118 |
| Payment amount $3507.62 | Payment amount $3507.62 | Payment amount $3507.62 |

NO

JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN
EDA

# EXHIBIT D

260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525
RETURN SERVICE REQUESTED

**RMS**

**Receivables Management Solutions**

260 E. Wentworth Ave. • West St. Paul, MN 55118
(651) 457-1130 • Fax (651) 457-3827 • 1-800-299-8301

January 10, 2008

RMS Placement Date: 08/08/2007
RMS account #: 6351982
Total Due: $21590.59
Client: NCO PORTFOLIO MANAGEMENT
Original Creditor: NCOP-PURCHASER FROM CITIBA
Account #: 5424180040425172

1827 - 815

BRUCE LEVINE
**Redacted**

Dear BRUCE LEVINE:

NCO PORTFOLIO MANAGEMENT has purchased the above referenced account. They have placed your original creditor account, NCOP-PURCHASER FROM CITIBA, with this agency for collection.

NCO PORTFOLIO MANAGEMENT has authorized Receivables Management Solutions, Inc. to settle the above referenced account for one payment of $9715.77 if payment is received in our office by 01/24/2008.

When the one payment of $9715.77 is paid to our office, we will report to NCO PORTFOLIO MANAGEMENT that your above noted account has been settled in full.

You may contact our office by calling toll free 1-800-299-8301. Please refer to your RMS account #6351982. Our office hours are Monday through Thursday 7:00 AM to 9:00 PM, Friday 7:00 AM to 8:00 PM and Saturday 8:00 AM to 12:00 PM Central Standard Time.

But WAIT, you can save even more money! Before you call to make or send your settlement payment you can pay your settlement through our online option at www.rmsmn-resolve.com using your checking account. The online settlement offer is $9068.05. Your account ID number is RMS6351982.

Sincerely,

Receivables Management Solutions, Inc.

**This collection agency is licensed by the Minnesota Department of Commerce.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

      

*** Detach bottom portion and return with payment ***

260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525

RMS Placement Date: 08/08/2007
RMS account #: 6351982
Total Due: $21590.59
Client: NCO PORTFOLIO MANAGEMENT
Original Creditor: NCOP-PURCHASER FROM CITIBA
Account #: 5424180040425172
Settlement Offer: $9715.77


BRUCE LEVINE
**Redacted**

RMS
260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525


NU

NU  1827 - 815