AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Bruce Levine,
    Plaintiff,

V.

Receivables Management Solutions, Inc., et al.,
    Defendants.

CASE NUMBER: 08CV3415

ASSIGNED JUDGE: JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN
EDA

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

NCO Portfolio Management, Inc.
c/o registered agent, CT Corporation System,
208 S. LaSalle St., Suite 814,
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_Esperanza Arnold_ (signature)
(By) DEPUTY CLERK

June 13, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6-16-2008 |
| NAME OF SERVER (PRINT) Michaela Muresan | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served by leaving a copy of this document and a copy of the complaint with Dawn Schultz, registered agent for Defendant, at CT Corporation System, 208 S. LaSalle, Chicago.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-16-08
           Date          Signature of Server

120 S. LaSalle St., Suite 1800, Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.