AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Bruce Levine,
      Plaintiff,

      V.

Receivables Management Solutions, Inc., et al.,
      Defendants.

CASE NUMBER: 08CV3415

ASSIGNED JUDGE: JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN
EDA

DESIGNATED
MAGISTRATE JUDGE:


RECEIVED
JUN 1 9 2008
SHERIFF'S OFFICE
RECORD SECTION

TO: (Name and address of Defendant)

Receivables Management Solutions, Inc.
c/o registered agent, Illinois Corporation Service Co.,
801 Adlai Stevenson Drive,
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
(By) DEPUTY CLERK



June 13, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

*NEIL M. WILLIAMSON*
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, <u>Donald Schuh #4267</u> certify that I served this summons as follows:

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number <u>08 CV 3415</u>

Name of defendant <u>Receivables mgt Solutions inc</u>
C/O ILL,Corp.inc.

Name of other person
Summons left with <u>Holly Blankenship</u>

Sex (Female) Race: <u>White</u> Approx. age <u>20's</u>
Date of Service <u>6-26</u> Time <u>12:00</u>

Address at which paper was served:

<u>801 Stevenson Dr.</u>

<u>Springfield, Il</u>

Service fees : $30.00

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY