**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3415 |

BRUCE LEVINE, individually and on behalf of the class

-vs-

RECEIVABLES MANAGEMENT SOLUTIONS, INC. and NCO PORTFOLIO MANAGEMENT, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

RECEIVABLES MANAGEMENT SOLUTIONS, INC. and NCO PORTFOLIO MANAGEMENT, INC.

---

NAME (Type or print)
David Israel

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
          s/ David Israel

FIRM
Sessions, Fishman, Nathan & Israel, LLP

STREET ADDRESS
Lakeway Two, Suite 200, 3850 North Causeway Boulevard

CITY/STATE/ZIP
Metairie, LA  70002-7227

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90785267 | (504) 582-1500 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Yes

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") No

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                          APPOINTED COUNSEL