IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE LEVINE, | ) | |
| individually and on behalf of the | ) | |
| class members described below, | ) | Case No. 08 C 3415 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| RECEIVABLES MANAGEMENT | ) | |
| SOLUTIONS, INC. and  NCO | ) | |
| PORTFOLIO MANAGEMENT INC., | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## PARTIES' INITIAL STATUS REPORT

The parties, having conferred on July 22, 2008, with Zachary A. Jacobs (counsel for Plaintiff), and James K. Schultz (counsel for Defendants) participating in accordance with Fed.R.Civ.P. 26(f) and this Court's standing order, hereby present the following initial status report.

    **1.**    **Attorneys of Record:**

*For Plaintiff*:

Daniel Edelman (Lead Attorney)
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

*For Defendants Receivables Management Solutions, Inc*. and *NCO  Portfolio Management Inc.:*

>James K. Schultz
>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
>1000 Skokie Boulevard, Suite 430
>Wilmette, IL  60091-1181
>Telephone:     847-853-6100
>Facsimile:     847-853-6105
>jschultz@sessions-law.biz
>
>David Israel, Esq.
>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
>Lakeway Two, Suite 200
>3850 N. Causeway Boulevard
>Telephone: 504-828-3700
>Facsimile: 504-828-3737
>disrael@sessions-law.biz

2. **Basis for Federal Jurisdiction**:

This Court has subject matter jurisdiction under 28 U.S.C. §1331 (general federal question) and 15 U.S.C. §1692 *et seq.* (Fair Debt Collection Practices Act, "FDCPA").

3. **Nature of the Claims Asserted**:

Plaintiff alleges that Defendants Receivables Management Solution, Inc ("Receivables") and NCO Portfolio Management Inc. ("NCO") assessed and demanded payment of interest on a judgment in excess of the 9% simple interest allowed by 735 ILCS 5/2-1303.

4. **Principal Legal Issues:**

   (a)  Whether Defendants' communications sent to Plaintiff and the putative class members contained false representations;

   (b)  Whether the calculation of interest at a rate permitted by the credit card agreement, but in excess of Illinois' statutory judgment interest rate, misrepresents the amount of the debt, in violation of the FDCPA or ICAA.

(c) Whether this case is appropriate for class certification;

5. **Principal Factual Issues:**

    (a) Whether Defendants assessed and demanded payment of interest on judgments at an excessive rate;

    (b) Whether Defendants engaged in a practice of assessing and demanding payment of interest on judgments at an excessive rate;

    (c) What steps or procedures defendants implemented to avoid violations of the FDCPA;

    (d) The number and identity of class members;

    (e) Whether there are differences (amount billed/amount paid/geographic location/etc.) between and among the Plaintiff and putative class members.

6. **Trial:**

Given the likelihood of resolution of this case, in part or in whole, through summary judgment motions, the parties propose that the Court set a trial date and a deadline for the pre-trial order and related papers following the disposition of the parties' summary judgment motions. A trial by jury could be completed in 3-4 days.

7. **Discovery:**

Written and oral discovery will be necessary on the legal and factual issues identified above. The parties have agreed on the following proposed schedule and request that the Court approve of the same, as follows:

    (a) Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be exchanged by August 29, 2008.

    (b)    Amendments to pleadings, and the joinder of additional parties, may be sought by an appropriate motion filed on or before November 26, 2008.

    (c)    Fact discovery shall close on April 15, 2009.

    (d)    Plaintiff shall disclose his trial expert, pursuant to Fed.R.Civ.P. 26(a)(2), on or before April 30, 2009.

    (e)    Defendants shall disclose their trial expert, pursuant to Fed.R.Civ.P. 26(a)(2), on or before May 29, 2009.

    (f)    Dispositive motions shall be filed on or before June 15, 2009.

**8.    Jurisdiction of Magistrate Judge:**

At this time the parties do not unanimously consent to proceed before the Magistrate Judge.

**9.    Settlement:**

The Parties have not yet engaged in substantive settlement discussions. The Parties will request a settlement conference if such a conference would likely be productive.

Respectfully submitted,

| | |
|---|---|
| s/Zachary A. Jacobs | /s/ James K. Schultz (w/ consent) |
| Daniel A. Edelman | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| Cathleen M. Combs | 1000 Skokie Boulevard |
| James O. Latturner | Suite 430 |
| Zachary A. Jacobs | Wilmette, Illinois 60091 |
| EDELMAN, COMBS, LATTURNER | Telephone: (847) 853-6100 |
|     & GOODWIN, LLC | Facsimile: (847) 853-6105 |
| 120 S. LaSalle Street, Suite 1800 | jschultz@sessions-law.biz |
| Chicago, Illinois 60603 | |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL,
Lakeway Two, Suite 200
3850 N. Causeway Boulevard
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
disrael@sessions-law.biz

## **CERTIFICATE OF SERVICE**

      I, Zachary A. Jacobs, hereby certify that on July 22, 2008 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James Kevin Schultz    jschultz@sessions-law.biz

David Israel    disrael@sessions-law.biz, dblack@sessions-law.biz, dorellana@sessions-law.biz

                                                s/Zachary A. Jacobs
                                                Zachary A. Jacobs